```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    23cv6379(DLC)
BALANCE PAYMENTS, INC. d/b/a BALANCE,    :
                                         :         ORDER
                         Plaintiff,      :
                                         :
            -v-                          :
                                         :
THREAD STUDIO LLC,                       :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the plaintiff's August 14, 2023 request, it is hereby

    ORDERED that the September 29 initial pretrial conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access Code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
         August 15, 2023

                                          DENISE COTE
                            United States District Judge