```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BALANCE PAYMENTS, INC. d/b/a BALANCE,    :
                                        :
                         Plaintiff,     :      23cv6379(DLC)
              -v-                       :
                                        :          ORDER
THREAD STUDIO LLC,                      :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff has filed an affidavit of service indicating that the defendant was served on August 16, 2023. The answer was due on September 6, but not filed. On September 12, a motion for entry of default against the defendant was made that did not conform with this Court's Individual Practices in Civil Cases. On September 14, counsel for the plaintiff was advised of the defects in the motion. On September 26, the plaintiff submitted a Proposed Clerk's Certificate of Default. Accordingly, it is hereby

ORDERED that the initial pretrial conference, scheduled for September 29, 2023, is canceled.

IT IS FURTHER ORDERED that any renewed motion for entry of default against the defendant shall be filed by **October 10, 2023**. Counsel must comply with this Court's Individual Practices.

IT IS FURTHER ORDERED that any failure to timely file may

result in the dismissal of this action for failure to prosecute.

Dated:    New York, New York
          September 27, 2023

```
         _____
              DENISE COTE
         United States District Judge
```