```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
BALANCE PAYMENTS, INC. d/b/a BALANCE,       :
                                           :
                     Plaintiff,            :      23cv6379(DLC)
          -v-                              :
                                           :      ORDER
THREAD STUDIO LLC,                         :
                                           :
                     Defendant.            :
                                           :
------------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on October 10, 2023, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendant on or before **October 27, 2023** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **November 3, 2023** at **2:00 pm** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         October 12, 2023

                                   _____
                                            DENISE COTE
                                   United States District Judge